■ STANLEY W. PAGE, Respondent, v FRED L. ISRAEL, Appellant.—Order of the Supreme Court, Nassau County, entered March 20, 1975, affirmed, with $20 costs and disbursements. We find no improvident exercise of discretion by Special Term in granting the order appealed from. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR HUNTER, Appellant.—Motion for reargument (designated by the movant as one for summary reversal) of a prior determination of this court, dated April 4, 1975, which affirmed defendant's conviction of attempted criminal sale of a dangerous drug in the second degree. Motion for reargument granted, and, upon reargument, the original determination is adhered to. Contrary to defendant's contention, methadone did constitute a dangerous drug within the meaning of former section 220.00 of the Penal Law, since it is an opiate, as that term is usually defined (see Webster's Third New International Dictionary [1964], p 1582, col 1; Stedman's Medical Dictionary [20th ed]; see, also, U.S. Code, tit 21, § 802, subd [17]), and thus was a narcotic drug as that term is defined in subdivision 1 of former section 220.00 of the Penal Law, which made reference to section 3301 of the Public Health Law. Subdivision 38 of former section 3301 of the Public Health Law includes opiates within its definition of narcotic drugs (see *People v Demers,* 42 AD2d 634; see, generally, McKinney's Cons. Laws of N. Y., Book 1, Statutes, §§ 232-235). Rabin, Acting P. J., Hopkins, Martuscello, Cohalan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER A. TAYLOR, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed upon resentence on November 1, 1974. Sentence modified, as a matter of discretion in the interest of justice, by reducing the period of imprisonment to the time already served. The sentence was excessive to the extent indicated herein. Cohalan, Acting P. J., Margett, Christ, Brennan and Munder, JJ., concur.

■ DANUTA SAGNARD, Appellant, v CHRISTIAN SAGNARD, Respondent. (And Another Similar Title.)—Order of the Supreme Court, Nassau County, entered March 13, 1975, affirmed, with $20 costs and disbursements. We find no improvident exercise of discretion by Special Term in granting the order appealed from. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur. [80 Misc 2d 984.]

■ MARLENE J. URBAN et al., Respondents, v KENNETH J. VIRGILIO et al., Appellants.—On this appeal from an order of the Supreme Court, Suffolk County, dated April 30, 1975, Joseph E. Farrell, attorney for appellants, failed to attend a preargument conference, scheduled for September 3, 1975, before Mr. Justice Gittleson (see 22 NYCRR 670.28). Accordingly, the appeal is dismissed, without costs. Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.